**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| FELICIA D. WASHINGTON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-251 |
| v. | |
| OHIO MACHINERY CO.; MARK LYNN WILKINS, Individually and as Agent of Ohio Machinery Co.; and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | |
| Defendants. | |

**O R D E R**

      Presently before the Court is a Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiff and counsel for Defendants[1] and filed with the Court on October 15, 2024, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this action, with each party to bear its own attorneys' fees and costs.  (Doc. 30.)  Pursuant to Federal Rule of Civil Procedure

---

[1]  The Court notes that the "Stipulation of Dismissal With Prejudice" bears hand-written ("wet ink") date information and a wet-ink signature by both Plaintiff's counsel and Defendants' counsel.  (See doc. 30.) Counsel are directed to review Local Rule 5.5, which requires that documents be "signed . . . by electronic means to the extent and in the manner permitted or required by the Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means in Civil and Criminal Cases in the United States District Court for the Southern District of Georgia (available on the Court's website at 'www.gasd.uscourts.gov')."  S.D. Ga. L.R. 5.5; see also Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means, Section II.C ("A pleading or other document requiring an attorney's signature shall be signed in the following manner, whether filed electronically or submitted on CD-ROM to the Clerk's Office: 's/ (attorney name).'").  Counsel shall comply with these directives in making future filings with this Court.

41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  Accordingly, the Clerk of Court is **DIRECTED** to **TERMINATE** all pending motions and to **CLOSE** this case.

      **SO ORDERED**, this 17th day of October, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA